UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

LECIA MOORE,

              Plaintiff,

v.

C.R. BARD, INC., et al.,

              Defendants.

Civil Action No. 3:20-cv-01201-JBA

## STIPULATION FOR DISMISSAL WITHOUT PREJUDICE

Pursuant to Fed. R Civ. P 41(a)(1)(A)(ii), the Plaintiff and Defendants jointly stipulate and agree that the action be dismissed, without prejudice, and with each side to bear their own costs.

Dated: March 20, 2021

/s/ Christopher Meisenkothen_____
Christopher Meisenkothen
Early, Lucarelli, Sweeney & Meisenkothen, LLC
One Century Tower
265 Church St., 11th Floor
P.O. Box 1866
New Haven, CT 06508-1866
203-777-7799
emeisenkothen@elslaw.com

Counsel for the Plaintiff

/s/ Patrick T. Uiterwyk _____
Patrick T. Uiterwyk
Matthew E. Brown (pro hac vice)
Nelson Mullins Riley & Scarborough LLP
One Financial Center, Suite 3500
Boston, MA  02111
617-217-4700
patrick.uiterwyk@nelsonmullins.com
matt.brown@nelsonmullins.com

Counsel for the Defendants

## CERTIFICATE OF SERVICE

I hereby certify that on March 20, 2021 this document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on this date.

/s/ Matthew E. Brown_____
Matthew E. Brown